UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COUNCIL TOWER ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1605 CDP |
| | ) |
| AXIS SPECIALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Defendant Axis has asked for leave to take a limited deposition of Phillip Shinn, so that it may confirm statements attributed to Shinn in an unsigned declaration it filed with its motion for summary judgment. Axis' request to re-open discovery is denied, and Shinn's unsigned declaration (Exhibit J to docket entry #61) will be stricken from the record. Discovery in this case is closed. If this case goes to trial, Axis may certainly call Shinn as a witness if it decides to do so, but I will not re-open discovery at this time.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to take a limited deposition of Phillip Shinn [#72] is DENIED.

**IT IS FURTHER ORDERED** that Exhibit J of defendant's motion for summary judgment, the unsigned declaration of Phillip Shinn is stricken from the record.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this   25th   day of June, 2009.