UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COUNCIL TOWER ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AXIS SPECIALTY INSURANCE CO., ) <br> ) <br> Defendant. ) | Case No. 4:08CV1605 CDP |

## JUDGMENT

For reasons stated in the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant Axis Specialty Insurance Company shall have judgment on plaintiff's complaint, and all claims against defendant are dismissed with prejudice, with plaintiff to bear all taxable costs.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2009.